IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GERALD DEMARSH, SR., | § § | |
| Plaintiff, | § § | CASE NO. 4:07CV194 |
| v. | § § | |
| JUDGE GABRIEL, et al., | § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 9, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Request for Transfer of Venue (Dkt. 8) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiff's Request for Transfer of Venue (Dkt. 8) is DENIED.

**IT IS SO ORDERED.**

SIGNED this 12th day of February, 2008.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE